# EXHIBIT A

Local News

# 2 NYC towing companies had to pay back thousands after overcharging. So how are they still able to tow cars on behalf of the city?

By Tim McNicholas, Walter Smith Randolph
March 12, 2026 / 11:39 PM EDT / CBS New York

Add CBS News on Google

Two towing companies were forced to pay back thousands after City Hall said they overcharged New Yorkers last year.

So how are they still able to tow cars on behalf of the city?

New Yorkers told CBS News New York they were surprised the NYPD had their cars towed by a company that the city publicly accused of wrongdoing.

## Clutch Towing and Five J's Automotive

In 2025, 311 received 86 complaints about Clutch Towing in Brooklyn, more than any other tow truck company in the five boroughs. New York City's 311 portal and social media pages even notify people that the company "overcharged New Yorkers" and the city is "helping people get their money back" after reaching a settlement with Clutch in March of last year.

Clutch received an F rating from the Better Business Bureau and one-and-a-half Yelp stars due to dozens of complaints ranging from allegations of overcharging to no receipts to demanding cash-only payments.

Other New Yorkers claimed to CBS News New York that the company tried to get them to pay for services they never even asked for, like a tow back to their home.

Manager Mo Hassan said Clutch does not and never has charged more than the city rate caps, which are $125 for towing a car away and $27 per day for storage.

"People don't wanna park their car on a New York City street without no plates, and then when we tow it, they're upset," he said.

Hassan said he was not aware of Clutch's settlement with the city or the $9,000 worth of restitution.

New York City's Department of Consumer and Worker Protection (DCWP) regularly reminds New Yorkers of that March 2025 settlement and another from June with Five J's Automotive.

- See more CBS New York Investigations

## Towing on behalf of the city

The DCWP also regulates which companies can or cannot tow cars for the NYPD for issues like expired plates or illegal parking.

Both Clutch and Five J's are still enrolled in the city programs, called NYC Rotation Tow Program and Direct Accident Response Program, that allow them to tow on behalf of the city.

An NYPD spokesperson directed us to the department manual, which explains that the Rotation Tow and Directed Accident Response programs allow the NYPD to send private companies on a rotating basis for certain tows. The NYPD does not regulate which companies are on that rotating list.

"If companies agree under settlement to come back under compliance with the law, that's something we will often entertain," DCWP Commissioner Sam Levine said. "But I wanna be clear – if companies agree to follow the law, they need to follow the law. We reserve all rights, including revoking the license altogether, to make sure New Yorkers don't get ripped off again."

Levine wouldn't say whether he's considering more enforcement for Clutch.

CBS News New York asked Five J's Automotive for an interview and we did not hear back.

- *Do you have a story that needs investigating? Let us know.*

## Clutch complaints continue

Some customers say they are still having issues with Clutch.

After weeks of searching for his car, Michael Medved says he recently learned Clutch towed it on Jan. 2, 2026.

"I get a call like Feb. 17, 18, a month and a half later, saying like, oh yeah, we have your vehicle by the way," Medved said. "My insurance was about to declare it a total loss, like, one day away, and they're just like, oh yeah, we have your vehicle ... They told me that it was blocking a driveway and that there was a ticket issued on the vehicle."

Medved said, if that's true, it was a mistake and he'd be willing to pay a reasonable fee for the tow, but in a phone call he recorded, a Clutch employee demanded a total of $1,660 for the tow and storage fees for the period when Medved says he didn't even know where the car was.

"This is honest hardworking New Yorkers being harmed every single day by these people," Medved said.

He said he filed a complaint, and he visited Clutch multiple times trying to get his car back.

Now he says they won't return it because he's leasing the car. He offered to show an employee a lease with the vehicle identification number on it, but the employee said they needed a title or registration. The city, on the other hand, says New Yorkers should be able to get their cars back from tow yards by showing proof that they're on the lease.

"I've asked for paperwork. I've asked for the car. I've asked for the law. I've asked for their policies," Medved said. "I've gotten nothing, and I've been paying for Ubers and Lyfts to get to their facility and back, by the way."

An NYPD spokesperson said they could not find any record of the NYPD ordering the tow for Medved's car, but some other New Yorkers provided paperwork to CBS News New York showing Clutch towed their car through the city's Rotation Tow program.

CBS News New York called Hassan after speaking with Medved and said we wanted to ask questions about his tow. Hassan said to call him back later, but then didn't answer.

**More from CBS News**

**CBS** NEW YORK
Jury reaches split verdict in trial of man accused of killing NYPD detective



**CBS NEWS**

**CBS** PHILADELPHIA
Man steals tow truck, crashes it into multiple cars in South Jersey



**CBS** BALTIMORE
Quadruple amputee accused of murder acted in self-defense, attorney says



In: NYPD

© 2026 CBS Broadcasting Inc. All Rights Reserved.

# Featured Local Savings