# EXHIBIT B

BBB® Better Business Bureau®

**BUSINESS PROFILE**

Share

Towing Company

# Clutch Towing Inc.

This business is **NOT BBB Accredited.**

Find BBB Accredited Businesses in Towing Company.

About Reviews Complaints

# Complaints

### Customer Complaints Summary

14 total complaints in the last 3 years.

✓ 12 complaints closed in the last 12 months.

**If you've experienced an issue**

Submit a Complaint

The complaint text that is displayed might not represent all complaints filed with BBB. Some consumers may elect to not publish the details of their complaints, some complaints may not meet BBB's standards for publication, or BBB may display a

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

## Initial Complaint

**Date:** 04/04/2025

**Type:** Service or Repair Issues

**Status:** Unanswered

This tow truck and company often abuses their power. They stop traffic to ensure their vehicles can move freely and have a very entitled spirit in the community. Most recently, this morning, a tow truck ran a red light while I was driving through my Green signal, almost slamming into the vehicle. This is very upsetting seeing as they often disobey the basic rules and laws on the road provided and set for all drivers. This level of entitlement should be rectified and is unacceptable. We understand that they are doing their job, however, it must be done safely and within their rights. It is very upsetting that on my commute, I have to consistently fear for my safety, driving past a towing yard.

## Initial Complaint

**Date:** 02/11/2025

**Type:** Service or Repair Issues

**Status:** Unanswered

On October 5, 2024 at approximately 1pm , this corporate entity by the name CLUTCH TOWING *** ,with its agent stole my ************************************************** ******** , with a false claims stated the police officer from the 77th precinct authorize the removal of my vehicle. On October 19 ***** a police report was file to certify this complaints against CLUTCT TOWING *** Fraudulent business practices including theft of personal asset ,without right of use of such asset.

## Initial Complaint

**Date:** 01/15/2025

**Type:** Service or Repair Issues

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

learned of this on January 10 through the 71st PolicePrecinct. I immediately called Clutch Towing using the number provided by the precinct but received no answer. On January 11, my husband called and confirmed they had the car at their lot (********************************). He was informed the fee was $350 ($250 towing + $100 storage for 2 days) and was told they close at 1 PM. This is an overcharge in violation of the ********************************************* Protection Tow Truck Rates ($125 towing + $25/day storage). My husband arrived at 11:05 AM with my ID, his ID, and proof of registration is available inside the car. He attempted to pay the $350 by credit card, but the employee refused, demanding cash, citing that only I, as the car's registered owner, could pay by card. I arrived at 11:52AM. My husband told me the lot had shut its doors at 11:45 AM, despite claiming earlier they were open until 1 PM (sign outside office stating 4 PM closure). We called the business again, and the employee said they would only reopen if we paid $350 in cash. Other car owners waiting outside shared similar complaints, claiming overcharges, no receipts, and withheld vehicles. We called the police. When officers arrived they said the business appeared closed. They advised us to return Monday. They recommended calling 911 if Clutch Towing refused payment or withheld the car again. We later called 311 and were advised to file a complaint. We are deeply concerned Clutch Towing will overcharge us and demand cash payment or continue using intimidation and deceptive practices including illegally withholding my car or shutting down their doors during business hours to deny my car's release.

## Customer Answer

**Date:** 02/12/2025

Better Business Bureau:

At this time, **I have not been contacted by Clutch Towing Inc.** regarding complaint **ID** ********.

Sincerely,

***** *********

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

They towed the the car from legally placed where the store has the stop for delivery and they made me to pay for them. The store told me that i could stop the car there for picking up but they towed because they want the people to pay them. He didnt gave me his boss number and made me to pay to him.

## Business Response

**Date:** 05/17/2024

Please be advised that the vehicle was found to be illegally parked in a lot which we are contracted with. Our towing company was notified to come pick up the vehicle, which we did. Please be further advised that we had our driver bring it back to her out of courtesy, once we were called instead of making her come to **, we also advised her to cooperate with the parking regulations in the future. Moreover, the customer was charged the legal rate required and mandated by the DCWP.

## Initial Complaint

**Date:** 04/04/2024

**Type:** Ad Sales and Advertising Issues

**Status:** Answered

My vehicle was towed illegally to Clutch Towing, ***************************** on March 3, 2024. Officers from 63rd pct issued violation # ********** which was subsequently dismissed on 3/26/2024 as invalid. Unable to redeem my car until the next day, I had to take an Uber home at a cost of $25. On March 4, 2024 I went to their holding yard address above, where I was presented with a bill for $310.29 for them to return my vehicle. Claiming their credit card machine was "broken" they demanded cash so I could get my car back, but still charged sales tax which will never make it to ***/***. I had no choice but to pay them in cash, so I could get my car released. According to NYC PVB tow should be $185 with $20 storage, they charged $260 and $25 storage.Moreover, they have not updated their address to *************, as the record says they are still on ************** in ********.

## Business Response

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

the vehicle in question. Additionally, the description of the receipt provided does not match the format of our company's receipts.

As a reputable towing service provider, Clutch Towing Inc. adheres strictly to the legal rates mandated by the city of ******** for all our towing services. We prioritize transparency and integrity in all our operations, ensuring fair and reliable service to our community.

## Initial Complaint

**Date:** 12/11/2023

**Type:** Service or Repair Issues

**Status:** Answered

On November 29,2023 my car was towed from the ****** parking lot next to *********** Mall. When I came out of ****** to see my car was gone I immediately called the police, only to find out it was towed by Clutch Towing. Upon calling them they said my car was illegally parked. My car was parked in a parking spot so again I was confused as to what they meant. When I spoke with the polices officers they informed me I should report them because I was in ****** and also when I spoke with one of the people at the town company they could give no information on when they towed my car. They also couldn't justify why they thought I was illegally parked. At the time while I was waiting to go get my car I saw them tow at least five cars. I think they are targeting middle class people who frequent that area. Because you can't provide any proof but you take their cars and then uncharge them over $200. When I asked for anyones name or any information as to an invoice on when or why my car was towed it fell on deaf ears. They also damaged my car and didn't care, *** also reached out to ****** as well because this is unacceptable and unethical. Therefore I would like a refund and payment for damages to my car. *** also contacted local commissioner etc because this is disgusting and they should not be in business. I had to miss working could not be provided any information as to why essentially my car was stolen. Something underhanded is happening. This was the Clutch towing on *************.

## Business Response

**Date:** 05/17/2024

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

mentioned. Additionally, there are discrepancies with the receipt that suggest it may not be from our company.

As a contracted towing service provider for ******, we are the exclusive company authorized to tow vehicles from their premises with the contractor's consent. Based on the provided information, it appears that we did not tow your vehicle.

We are committed to ensuring customer satisfaction and would like to assist you further. If you have any additional questions or concerns, please do not hesitate to contact us. We are here to help.

Thank you for your understanding

## Initial Complaint

**Date:** 12/08/2023

**Type:** Sales and Advertising Issues

**Status:** Answered

My client's ***** Accord was legally parked on the street. Confirmed with NYPD that no parking tickets were issued for the vehicle when it was illegally towed by Clutch Towing on 6/8/23. NYPD further confirmed that Clutch Towing never reported the tow and NYPD had no tow records/logs regarding the same. On 10/21/23, the police located the vehicle at Clutch Towing. Police advised that the tow/possession of the vehicle was illegal as Clutch Towing was required by law to report the tow,/storage, which they did not. Clutch Towing conceded on the phone that they did not maintain towing records and alleged that the vehicle had been illegally parked, blocking a driveway. However, no parking tickets were issued and there are no records to support "illegal parking". Clutch Towing is now demanding $15,250 for 5 months of illegal storage fees before releasing the vehicle. Clutch Towing is also refusing to provide the personal items within the vehicle until payment is made. They also threatened to place an illegal lien on the vehicle. We are requesting help to retrieve the illegally towed/stored vehicle without having to pay $15,250. NY Administrative codes also show daily storage fees are approximately $25 per day. This would make 5 months of storage fees, for a legal tow/storage, about $4,000, not $15,250. As Clutch Towing's activity was illegal, we request retrieval of the vehicle without having to pay.

## Customer Answer

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

complaint **ID** ********.

Sincerely,

**************************

### Business Response

**Date:** 05/17/2024

We are writing in response to your complaint concerning the towing and storage of your ***** Accord. After a thorough review, we would like to address the key points of your complaint. Our records confirm that the vehicle was indeed issued a parking ticket by the **** at the time of the tow, in compliance with relevant laws and regulations. The vehicle was logged with the appropriate authorities within the time frame required by the ********** of ****** including adherence to all protocols for reporting to the **** and maintaining accurate records. Additionally, the complaint filed with the ********** of ******** and Worker Protection (DCWP) has been reviewed and subsequently closed, with findings supporting that Clutch Towing's procedures were in accordance with regulatory requirements.

Furthermore, the owner of the building, who is an attorney, submitted an affidavit stating that he was the one who got the vehicle ticketed and contacted Clutch Towing Inc. to remove the vehicle. Our legal department has also addressed the matter extensively, engaging with our attorneys and reaching a settlement offer with the owner of the vehicle, which has been communicated to them. We understand the inconvenience this situation may have caused and assure you that Clutch Towing operates with a commitment to compliance and professionalism. Should you have any further questions or require additional information regarding this matter, please do not hesitate to contact our legal department. Thank you for your attention to this matter.

## Initial Complaint

**Date:** 11/29/2023

**Type:** Service or Repair Issues

**Status:** Answered

We use cookies to give users the best content and online experience. By clicking “Accept All Cookies”, you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

locate my vehicle. When I got to the location I asked why was my vehicle towed, I was told that ***** called them. Which was incorrect, ***** did not call because I asked ***** why did that happen and they stated that the towing company has people that watch the parking lot [which to my understanding is illegal]. Also, my vehicle is AWD and has to be towed using a flatbed truck or towing dolly to keep the wheels of the ground. I don't believe this was done and it can damage my drivetrain. If my vehicle has damages from incorrect towing I will seek further action. Additionally, the towing fee should have been $125 but I was charged $225 and was REQUIRED to pay by cash because they are a cash only business (stated by one of the employees). I didn't get a receipt so I went back the following day to obtain it. I asked for an itemized receipt of the charges, so I would know what I paid for and the employee told me they don't do itemized (I received a receipt that says $225 for towing) and he doesn't know what method my vehicle was towed. Therefore, I do not know what I paid the extra $100 dollars for. This business doesn't keep accurate records of their tows or transactions (I actually paid $220 because the employee from the previous day didn't have change). The actions of this business feels like they are looking to scam people of their money.

## Business Response

**Date:** 05/17/2024

Thank you for bringing your concern to our attention. Please note that our company is contracted with Lowe's to manage their parking facilities. As part of this agreement, we are obligated to remove vehicles if instructed by Lowe's management, particularly when they are parked illegally or are not authorized to be in the designated spaces. According to Lowe's policy, only their customers are permitted to use the parking area.

Upon reviewing our records, I was unable to find a match with the information provided. To assist you further and investigate this matter thoroughly, could you please supply any additional documents or information? This may include the time and date of the incident, your vehicle's make, model, and license plate number, or any correspondence you have received.

Our mission is to prioritize our customers and commit to their satisfaction. We aim to resolve this issue promptly and appreciate your cooperation in providing the necessary details.
Thank you for your understanding and assistance.

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

## Initial Complaint

**Date:** 07/10/2023

**Type:** Service or Repair Issues

**Status:** Unanswered

On July 9th, around 9pm when returning to my car I realized that it was towed. Another individual was there and he told me his car was tow too. He expressed that they wanted $220 up front to return the car and cash only. I felt a little suspicious about the situation, so I called 311. 311 then dispatched me to 911. As I was on the phone the towing company came back and heard the conversation as he drove up and asked if I was on the phone with the police. I stated yes and he drove off. The police came on site and stated they get these calls everyday and their pretty cool. I expressed that they haven't been to me. After that the police left. I called the towing company and requested my car. The driver then returned with another gentleman that had an attitude and was very disrespectful to me. They didn't like that I was asking questions. After speaking to me harsh and disrespectful they drove off again. I called back again, asking for my car, at that time I was told that the guy was hungry and he's eating so I have to wait. They returned, but not with my car. About an 1 hour to 1 .5 hours later another set of people came looking for their car. The interaction with them was so different. As we both looked to pay at the same time. He asked me for my license and registration, but never asked the other individual. Then he got upset because I requested a receipt. He called me annoying. Left to get the car, thinking he's bring my car back, he came back with the other people car. When I asked about my car and why he didn't bring mines first he became irrate and put his hands in my face. They left to get my car at that time. They had an area where they were returning the cars. For me they dropped it off all the way at the other end and started blowing the horn for me to walk to the car. As I walked down to retrieve my car, they drove off and the guy yells out the window yo* ******** ***** The way he spoke to me and interacted with my was very humiliating and disrespectful. Signs are on the floor and confusing. Gave them 220 and I got the receipt that states 217. Never returned change. The interaction with the Caucasian and Hispanic males were so different, but the two African Females were disrespectful had to wait the longest and was constantly over looked due to them being spiteful.

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

To become accredited, a business must agree to **BBB Standards for Trust** and pass BBB's vetting process.

### Why choose a BBB Accredited Business?

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation. BBB charges a fee for BBB Accreditation. This fee supports BBB's efforts to fulfill its mission of advancing marketplace trust.

© 2025, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US and Canada, and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.